UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    MORRIS N AITKEN, JR.

Case No. 10-10321

Debtor(s)

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/11/2010.

2) The plan was confirmed on 09/03/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 04/28/2011.

6) Number of months from filing to last payment: 14.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $17,350.00.

10) Amount of unsecured claims discharged without payment: $142,132.09.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $14,060.16 |
| Less amount refunded to debtor | $135.11 |
| **NET RECEIPTS:** | **$13,925.05** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,724.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $765.85 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,489.85** |

Attorney fees paid and disclosed by debtor:   $776.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| A&R ALLIED ENTERPRISE | Unsecured | 830.07 | 830.07 | 830.07 | 830.07 | 0.00 |
| ALEXIAN BROTHERS MEDICAL CTR | Unsecured | 1,329.70 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 937.54 | 1,336.83 | 1,336.83 | 1,336.83 | 0.00 |
| AVENUES INC | Unsecured | 1,097.80 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 4,857.73 | NA | NA | 0.00 | 0.00 |
| CAPEZIO BALLET MAKERS INC | Unsecured | 4,565.33 | NA | NA | 0.00 | 0.00 |
| CARPENTERSVILLE FIRE DEPT | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 17,451.77 | NA | NA | 0.00 | 0.00 |
| COSMETIC & PLASTIC SURGERY ASS | Unsecured | 1,965.10 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BA | Unsecured | 413.12 | 413.12 | 413.12 | 413.12 | 0.00 |
| DEUTSCHE BANK NATL TRUST CO | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 16.11 | NA | NA | 0.00 | 0.00 |
| ELITE SPORTSWEAR LP | Unsecured | 1,140.20 | NA | NA | 0.00 | 0.00 |
| ERIN CAPITAL MANAGEMENT LLC | Unsecured | 7,220.88 | NA | NA | 0.00 | 0.00 |
| FIRST HUDSON LEASING | Unsecured | 126.90 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Unsecured | NA | 180.17 | 180.17 | 180.17 | 0.00 |
| GREATER ELGIN EMERGENCY PHYS | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| HARRIS BANK | Unsecured | 23,515.27 | NA | NA | 0.00 | 0.00 |
| HARRIS BANK | Unsecured | 51.85 | NA | NA | 0.00 | 0.00 |
| I SACHS SONS INC | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| ICESKATE CONDITIONING | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| JACKSON ULTIMA SKATES | Unsecured | 1,528.32 | 3,470.44 | 3,470.44 | 3,342.76 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 3,831.45 | 3,974.14 | 3,974.14 | 3,974.14 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 182.00 | 237.03 | 237.03 | 237.03 | 0.00 |
| MEDICAL CENTER ANESTHESIA | Unsecured | 910.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST SKATE | Unsecured | 3,644.64 | NA | NA | 0.00 | 0.00 |
| MONDOR LTEE LTD | Unsecured | 1,378.07 | NA | NA | 0.00 | 0.00 |
| PEGGY CRITCHFIELD | Unsecured | 59,000.00 | NA | NA | 0.00 | 0.00 |
| PENQUIN SPECIALTY INCX | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| QWEST | Unsecured | 113.62 | NA | NA | 0.00 | 0.00 |
| RIEDELL SHOES | Unsecured | 4,168.98 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| RJM ACQUISITIONS LLC | Unsecured | NA | 641.52 | 641.52 | 641.52 | 0.00 |
| ROLLING MEADOWS PARK DISTRICT | Unsecured | 5,334.00 | NA | NA | 0.00 | 0.00 |
| SBC | Unsecured | 691.53 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Unsecured | 218.93 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| THE SHARPER EDGE | Unsecured | 864.00 | NA | NA | 0.00 | 0.00 |
| WILSHIRE CREDIT CORP/GREEN TRE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK NATIO | Unsecured | 307.94 | 479.56 | 479.56 | 479.56 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$11,562.88** | **$11,435.20** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,489.85 |
| Disbursements to Creditors | $11,435.20 |
| **TOTAL DISBURSEMENTS:** | **$13,925.05** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/12/2011                                  By: /s/ Glenn Stearns
                                                                Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**